| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild<br>Officer: Joseph Russ | Telephone: (313) 226-9577<br>Telephone: (313) 559-4642 | |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>Roberto SANTOS GARCIA | Case: 2:25−mj−30621<br>Assigned To : Unassigned<br>Assign. Date : 10/1/2025<br>Case No.   Description: RE: ROBERT SANTOS GARCIA (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 27, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a), (b)(2) | Unlawful Re-Entry Following Removal from the United States, Prior Aggravated Felony Offense |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph S. Russ, CBP Officer
_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 1, 2025__

_____
Judge's signature

City and state: __Detroit, MI__

David R. Grand, U.S. Magistrate Judge
_____
Printed name and title

# AFFIDAVIT

I, Joseph S. Russ, being duly deposed and sworn, states:

1. I am an Officer with the United States Department of Homeland Security (DHS), Customs and Border Protection (CBP). I have been employed with the same for over thirteen years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning the re-entry of removed aliens and I have received training in this area.

2. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3. Defendant, Roberto SANTOS GARCIA, is a 45-year-old male native and citizen of Mexico, who last entered the United States at or near an unknown place, on or about an unknown date, without being inspected, admitted, or paroled into the United States by an immigration officer.

4. On September 27, 2025, at approximately 9:16 pm, SANTOS GARCIA was encountered by CBP at the Ambassador Bridge in Detroit, Michigan, when he and the vehicle he was traveling in were refused admission into Canada by the Canada Border Services Agency (CBSA). Upon being returned to the United States side of the border, CBP Officer R. Martinez conducted an initial inspection and referred SANTOS GARCIA to the secondary inspection area because he had no proof of citizenship or documents for crossing the border.

5. In the secondary inspection area SANTOS GARCIA's fingerprints were queried through the Automated Fingerprint Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS) which resulted in matches to Fingerprint Identification Number (FIN) XXXX4314 and FBI number XXXXX0HC4, which correspond to the immigration actions and criminal history noted below.

6. I queried SANTOS GARCIA through the Enforce Alien Removal Module (EARM), an immigration database maintained by DHS which contains information about aliens who are removed from the United States and found him to be a match

1

to Alien File XXX XXX 212, as well as the immigration arrests, criminal arrests and convictions, and removals noted below.

7.      On or about January 18, 2002, SANTOS GARCIA was arrested by US Border Patrol during a traffic stop at or near Huachuca City, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled while using the alias Alejandro Santos Garcia and was given a Voluntary Return to Mexico.

8.      On or about January 21, 2002, SANTOS GARCIA was arrested by US Border Patrol at or near Nicksville, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled and was given a Voluntary Return to Mexico.

9.      On or about March 26, 2002, SANTOS GARCIA was arrested by US Border Patrol at or near Hereford, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled and was given a Voluntary Return to Mexico.

10.     On or about April 25, 2002, SANTOS GARCIA was arrested by US Border Patrol at or near Hereford, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled while using the alias Everordo Santos Garcia and was given a Voluntary Return to Mexico.

11.     On or about April 28, 2002, SANTOS GARCIA was arrested by US Border Patrol at or near Sonoita, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled while using the alias Everado Santos Garcia and was given a Voluntary Return to Mexico.

12.     On or about July 1, 2002, SANTOS GARCIA was arrested by US Border Patrol at or near Tucson, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled while using the alias Arturo Santos Garcia and was given a Voluntary Return to Mexico.

13.     On or about September 5, 2002, SANTOS GARCIA was arrested by US Border Patrol at or near Palominas, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled while using the alias Alex Ortiz Sanchez and was given a Voluntary Return to Mexico.

14.     On or about April 18, 2003, SANTOS GARCIA was arrested by US Border Patrol at or near Sierra Vista, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled and was given a Voluntary Return to Mexico.

15.     On or about March 20, 2005, SANTOS GARCIA was arrested for speeding, driving without a license, and driving under the influence, at or near Williamson County, Tennessee, while using the alias, Adan Crisanto MORALES.  The dispositions of these charges are unknown.

16.     On or about March 6, 2007, SANTOS GARCIA was arrested for Possession of Cocaine, Driving with an Expired License, Speeding, Smuggling Contraband, and Failure to Appear, at or near Huntsville, Alabama, while using the alias, Hugo L. SANTOS.  The dispositions of these charges are unknown.

17.     On or about April 15, 2007, SANTOS GARCIA was arrested for Driving Under the Influence, Reasonable and Prudent Speed, Driving without/with an Expired License, and Violation of Mandatory Liability, at or near Huntsville, Alabama, while using the alias, Hugo L. SANTOS.  The dispositions of these charges are unknown.

18.     On or about January 24, 2009, SANTOS GARCIA was arrested for Driving Under the Influence, Reasonable and Prudent Speed, Driving without/with an Expired License, and Violation of Mandatory Liability, at or near Huntsville, Alabama, while using the alias, Hugo SANTOS.  On or about January 26, 2009, SANTOS GARCIA was convicted of Driving Under the Influence Liquor at the Municipal Court in Huntsville, Alabama, and sentenced to serve 60-days of confinement.

19.     On or about August 17, 2010, SANTOS GARCIA was arrested by US Border Patrol at or near Casa Grande, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled.  He was given Voluntary Return to Mexico on or about August 20, 2010, via Tucson, Arizona.

20.     On or about October 7, 2010, SANTOS GARCIA was arrested by US Border Patrol at or near Ajo, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled.  He was issued an Expedited Removal Order, pursuant to Section 235(b)(1) of the Immigration and

Nationality Act (INA), as amended. He was removed to Mexico on or about October 9, 2010, via Calexico, California.

21.     On or about October 21, 2010, SANTOS GARCIA was arrested by US Border Patrol at or near Pia Oik, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled. He was issued a Reinstatement of Prior Removal Order pursuant to Section 241(a)(5) INA.

22.     On or about October 22, 2010, SANTOS GARCIA was convicted in the US District Court, District of Arizona for the offense of Illegal Entry, in violation of Title 8 USC §1325(a)(1) and sentenced to a term of 30 days with credit for time served.

23.     On or about November 20, 2010, SANTOS GARCIA was removed to Mexico via Calexico, California pursuant to the Reinstatement of Prior Removal Order initiated on October 21, 2010.

24.     On or about March 8, 2011, SANTOS GARCIA was arrested by US Border Patrol at or near Casa Grande, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled and was issued a Reinstatement of Prior Removal Order pursuant to Section 241(a)(5) INA. On or about March 13, 2011, SANTOS GARCIA was removed to Mexico via Nogales, Arizona.

25.     On or about March 25, 2011, SANTOS GARCIA was arrested by US Border Patrol at or near Ajo, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled. He was issued a Reinstatement of Prior Removal Order pursuant to Section 241(a)(5) INA. On or about March 28, 2011, SANTOS GARCIA was removed to Mexico via Eagle Pass, Arizona.

26.     On or about August 31, 2011, SANTOS GARCIA was arrested for Aggravated Assault with a Deadly Weapon, at or near Glendale, Arizona, while using the alias, Alex SANTO RODRIGUEZ. The disposition of this case is unknown.

27.     On or about May 5th, 2011, SANTOS GARCIA was arrested by Law Enforcement Officers operating under the authority of Section 287(G) INA at or

near Phoenix, Arizona when he was found in a residence that was suspected of being used to hold illegal aliens.  He admitted that he had illegally entered the United States from Mexico without having been inspected, admitted, or paroled and was given a Voluntary Return to Mexico via Nogales, Arizona on or about May 6, 2011.

28.     On or about September 12, 2011, SANTOS GARCIA was arrested by Officers of the Maricopa County Sheriff's Office operating under the authority of Section 287(G) INA at or near Phoenix, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled.  He was issued a Reinstatement of Prior Removal Order pursuant to Section 241(a)(5) INA.

29.     On or about January 17, 2012, SANTOS GARCIA was convicted in the US District Court, District of Arizona for the offense of Re-entry of Removed Alien, in violation of Title 8 U.S.C.§1326(a), and was sentenced to time served and a one-year term of supervised release.

30.     On or about June 2, 2013, SANTOS GARCIA was arrested for Possession of a Controlled Substance, at or near Huntsville, Alabama, while using the alias, Genaro RUIZ.  The disposition of this charge is unknown.

31.     On or about October 11, 2014, SANTOS GARCIA was arrested by Immigration and Customs Enforcement, Enforcement Removal Operations (ICE-ERO), Fugitive Operations at or near Huntsville, Alabama, and pursuant to the outstanding Reinstatement of Prior Removal Order that was initiated on September 12, 2011.  He was removed to Mexico on or about November 3, 2014, via New Orleans, Louisiana.

32.     On or about December 27, 2014, SANTOS GARCIA was arrested by US Border Patrol at or near Cowlic, Arizona after he illegally entered the United States from Mexico without being inspected, admitted, or paroled. He was issued a Reinstatement of Prior Removal Order pursuant to Section 241(a)(5) INA.

33.     On or about May 18, 2015, SANTOS GARCIA was convicted in the US District Court, District of Arizona for the offense of Transportation of Illegal Aliens for Profit, in violation of Title 8 U.S.C. §1324(a)(1)(A)(ii) and Title 8 U.S.C. §1324(a)(1)(B)(i), and was sentenced to serve 21 months with credit for time served and a supervised release term of 36 months.

34.     On or about July 8, 2016, SANTOS GARCIA was removed to Mexico via Nogales, Arizona pursuant to the Reinstatement of Prior Removal Order that was initiated on December 27, 2014.

35.     I queried SANTOS GARCIA through the Central Index System (CIS) and Computer Linked Application and Information Management System (CLAIMS). These databases are maintained by DHS and contain information relating to applications for immigration benefits and/or relief. Review of the records for SANTOS GARCIA and queries in Department of Homeland Security databases confirm that no record exists of him obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

36.     I queried SANTOS GARCIA through the Consular Consolidated Database (CCD), a database maintained by the Department of State which contains passport and visa applications and records. I found no record of SANTOS GARCIA ever having applied for or receiving a United States visa of any kind or classification.

37.     I queried SANTOS GARCIA through TECS, a United States government database that contains information about all persons who arrive in the United States at designated ports of entry and apply for admission. I found no record of SANTOS GARCIA ever lawfully arriving or being inspected, admitted, or paroled into the United States by a United States border official.

38.     I queried SANTOS GARCIA through the Arrival and Departure Information System (ADIS), a United States government database that contains information about all persons who arrive in the United States at designated ports of entry and apply for admission. I found no record of SANTOS GARCIA ever lawfully arriving or being inspected, admitted, or paroled into the United States at any designated port of entry.

39.     SANTOS GARCIA was arrested and detained by CBP on September 27, 2025, for administrative processing and initiation of a Reinstatement of Prior Removal Order pursuant to Section 241(a)(5) INA.

40.     The aforementioned arrest (or apprehension) (and subsequent detention) was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, U.S.C. to arrest and detain any

alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

41.     Based on the foregoing, there is probable cause to believe that, on or about September 27, 2025, at or near Detroit, Michigan, in the Eastern District of Michigan, Southern Division, Roberto SANTOS GARCIA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about July 8, 2016, at or near Nogales, Arizona, and having been convicted of an aggravated felony offense, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission, in violation of Title 8, United States Code, Sections 1326(a), and (b)(2).

_____
 Joseph S. Russ
Customs and Border Protection Officer
U.S. Customs and Border Protection

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
DAVID R. GRAND
United States Magistrate Judge

October 1, 2025