2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


FILED
OCT 16 2025
CLERK'S OFFICE
DETROIT

United States of America,

v.

Criminal No. 25-cr-20774

Hon. Brandy R. McMillion

Roberto SANTOS GARCIA,

    Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, Roberto SANTOS GARCIA, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One:  2 years' imprisonment and a maximum fine of $250,000, or

    10 years' imprisonment if defendant's removal was subsequent to a conviction for commission of three or more misdemeanors involving drugs, crimes against the person, or both, or a felony, and a maximum fine of $250,000, or

    20 years' imprisonment if defendant's removal was subsequent to a conviction for commission of an aggravated felony, and a maximum fine of $250,000.

_____
Roberto SANTOS GARCIA
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection, which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 10/16/2025

Sanford Schulman
Counsel for Defendant